FILED
2006 Jul-26 PM 12:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
06 JUL 21 AM 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) VIOLATION NO. 1630427 & |
| | ) 1630429 |
| | ) 2:06-CR-313-RRA |
| JONATHON S. SMITH | ) |

## INFORMATION

COUNT ONE: (18 U.S.C. 13)

The United States Attorney charges:

That on or about April 12, 2006, within the Northern District of Alabama, the defendant,

JONATHON S. SMITH

at the Anniston Army Depot, Alabama, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did leave the scene of a collision with an unintended vehicle in violation of Section 32-10-3 of the Alabama Code of 1975 and Title 18, United States Code, Section 13.

COUNT TWO: (18 U.S.C. 13)

The United States Attorney charges:

That on or about April 12, 2006, within the Northern District of Alabama, the defendant,

JONATHON S. SMITH

at the Anniston Army Depot, Alabama, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did drive or was in actual physical control of a vehicle while there was .08 percent or more by weight of alcohol in his blood in violation of Section 32-5A-191(a)(1) of the Alabama Code of 1975 and Title 18, United States Code, Section 13.

ALICE H. MARTIN
United States Attorney

*[signature]*
SHELBY L. STARLING, JR.
Special Assistant U.S. Attorney