AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

FILED
2006 Aug-16 AM 09:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

v.

JONATHON S. SMITH
    Defendant.

Case Number CR 06-RRA-313-S

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JONATHON S. SMITH, appeared pro se, having waived counsel.

The defendant pleaded guilty to counts 1 and 2. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offenses:

| Title & Section | Nature of Offense | Count Number(s) |
| --- | --- | --- |
| 18 U.S.C. 13 | Fleeing the scene of an accident | 1 |
| 18 U.S.C. 13 | DUI | 2 |

As pronounced on July 21, 2006, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $50.00, for count(s) 1 and 2, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the _15th_ day of _August_, 2006.

ROBERT R. ARMSTRONG, JR
UNITED STATES MAGISTRATE JUDGE

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 5 - Fine

Judgment--Page 2 of 2

Defendant: JONATHON S. SMITH
Case Number: CR 06-RRA-313-S
Cvb Number: A1630427

**FINE**

The defendant shall pay a fine of $1500.00.

This fine (plus interest) is due and payable immediately.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.